UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | 08CR996-H |
| vs. | CRIMINAL NO. 08mj8876 |
| RUBEN PARTIDA-MACARENO | ORDER |
| | RELEASING MATERIAL WITNESS |
| Defendant(s) | Booking No. |

On order of the United States District/Magistrate Judge, **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

JORGE ALBERTO MORA-PUEBLA

DATED: 4/3/08

**Leo S. Papas**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ____________________
**DUSM**

**OR**

W. SAMUEL HAMRICK, JR. Clerk

by J. Jarabek
**Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95