UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff

vs.

RUBEN PARTIDA-MACARENO, Defendant(s)

08CR996-H

CRIMINAL NO. 08mj876

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge, Leo S. Papas

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

CARLOS HILDAGO-FUENTES

DATED: 4/3/08

Leo S. Papas

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by J. Jaraleke Deputy Clerk