FILED
APR 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY JMJ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RUBEN PARTIDA-MACARENO,<br>Defendant. | Criminal Case No. 08cr996-H<br>I N F O R M A T I O N<br>Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |

The United States Attorney charges:

On or about March 19, 2008, within the Southern District of California, defendant RUBEN PARTIDA-MACARENO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Carlos Hildago-Fuentes, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 4/3/08.

KAREN P. HEWITT
United States Attorney

for JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:rp:San Diego
3/24/08